IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ORILEE MASON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Case No.: 07-cv-191-bbc

MICHAEL J. ASTRUE, Commissioner of
Social Security,

    Defendant.

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered AFFIRMING defendant Commissioner Michael J. Astrue's decision denying plaintiff Orilee Mason's application for disability insurance benefits.

_____
Theresa M. Owens, Clerk of Court

MAR 2 8 2008
Date